# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RICHARD D. TUCKER & GINGER TUCKER           Case Number: 06-72170
        122 N. CROSS STREET                         SSN-xxx-xx-5752 & xxx-xx-2541
        SYCAMORE, IL  60178

Case filed on: 11/18/2006
Plan Confirmed on: 4/6/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,137.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 3,000.00 | 3,000.00 | 2,474.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,474.00 | 0.00 |
| 005 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD D. TUCKER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DEUTSCHE BANK NATIONAL TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DEUTSCHE BANK NATIONAL TRUST | 26,334.80 | 72.31 | 72.31 | 0.00 |
| 003 | AMERICAN GENERAL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN GENERAL FINANCIAL SERVICES | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| 006 | THE NATIONAL BANK & TRUST CO SYCAMORE | 9,386.47 | 9,386.47 | 915.73 | 349.51 |
| 007 | THE NATIONAL BANK & TRUST CO SYCAMORE | 7,391.18 | 7,391.18 | 738.84 | 276.39 |
| 008 | THE NATIONAL BANK & TRUST CO SYCAMORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 47,112.45 | 20,849.96 | 1,726.88 | 625.90 |
| 009 | ACCOUNT SOLUTIONS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECMC | 19,895.58 | 19,895.58 | 0.00 | 0.00 |
| 011 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ALLIANCE ONE RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | AMERICAN MEDIATION & ALTERNATIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | APLINGTON, KAUFMAN, MCCLINTOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ATG CREDIT, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 1,022.07 | 1,022.07 | 0.00 | 0.00 |
| 017 | CAPITAL ONE | 1,108.72 | 1,108.72 | 0.00 | 0.00 |
| 018 | CAPITAL ONE | 3,575.79 | 3,575.79 | 0.00 | 0.00 |
| 019 | CAPITAL ONE | 798.26 | 798.26 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 1,501.03 | 1,501.03 | 0.00 | 0.00 |
| 021 | COLLECTION PROFESSIONALS INC | 1,076.07 | 1,076.07 | 0.00 | 0.00 |
| 022 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DEKALB COUNTY SHERIFF | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | DEKALB MAGNETIC RESONANCE CENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ERICA TUCKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PREMIER BANKCARD/CHARTER | 241.99 | 241.99 | 0.00 | 0.00 |
| 029 | H&R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ECAST SETTLEMENT CORPORATION | 274.61 | 274.61 | 0.00 | 0.00 |
| 031 | KCA FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NCO FINANCIAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NICOR GAS | 689.21 | 689.21 | 0.00 | 0.00 |
| 034 | ROCKFORD MERCANTILE AGENCY INC | 87.30 | 87.30 | 0.00 | 0.00 |
| 035 | ROYCE FINANCIAL | 535.00 | 535.00 | 0.00 | 0.00 |
| 036 | RRCA ACCOUNTS MANAGEMENT INC | 1,078.06 | 1,078.06 | 0.00 | 0.00 |
| 037 | SECURITY FINANCE | 965.12 | 965.12 | 0.00 | 0.00 |
| 038 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | TRIBUTE PAYMENT PROCESSING | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | AFNI/VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | DAUGHTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | ASPIRE VISA | 882.57 | 882.57 | 0.00 | 0.00 |
| 045 | ECAST SETTLEMENT CORPORATION | 248.87 | 248.87 | 0.00 | 0.00 |
| 046 | COLLECTION PROFESSIONALS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 33,980.25 | 33,980.25 | 0.00 | 0.00 |
|  | Grand Total: | 84,092.70 | 57,830.21 | 4,200.88 | 625.90 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $4,826.78 |
| Trustee Allowance: | $310.22 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008         By   /s/Heather M. Fagan